# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| DONNA L. HAMPTON | § | |
| | § | |
| V. | § | CASE NO. 5:04cv64 |
| | § | (Judge Folsom/Judge Bush) |
| Commissioner of Social | § | |
| Security Administration | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action for judicial review of the administrative denial of Social Security Disability Insurance Benefits, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On August 4, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that the decision of the commissioner be affirmed. On August 26, 2005, Plaintiff filed her objections to the Report.

Having made a *de novo* review of the objections raised by Plaintiff thereto, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the decision of the Administrative Law Judge shall be and is hereby **AFFIRMED**. All motions by either

party not previously ruled on are hereby **DENIED**.

**SIGNED this 23rd day of September, 2005.**

                                                DAVID FOLSOM
                                                UNITED STATES DISTRICT JUDGE